1 | **Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*

2 | **Marcus T. Brown (SBN 255662)**
*mtbrown@wolfewyman.com*

3 | **WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645

4 | Walnut Creek, California 94596-3502
Telephone: (925) 280-0004

5 | Facsimile: (925) 280-0005

6 | **Attorneys for Plaintiff**
**SELECT PORTFOLIO SERVICING, INC.,**

7 | a Utah corporation

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | SELECT PORTFOLIO SERVICING, INC., a Utah corporation, | Case No.: 3:12-cv-00334 SI

12 | | **STIPULATION AND [PROPOSED] ORDER**
Plaintiff, | **EXTENDING PLAINTIFF'S TIME TO**

13 | | **OPPOSE MOTION BY DEFENDANTS**
v. | **KEVIN NESBITT AND NESZHAO**

14 | | **CONSULTING COMPANY, LLC, TO**
ABRAHAM VALENTINO, an individual; | **DISMISS THE COMPLAINT;**

15 | JOHN CHU, an individual; | **DECLARATION OF MARCUS T. BROWN**
CORPORATE COUNSEL LAW GROUP LLP, a

16 | California limited liability partnership;
NESZHAO CONSULTING COMPANY, LLC, a | Date: April 20, 2012

17 | California limited liability company; | Time: 9:00 a.m.
KEVIN NESBITT, an individual; and | Place: Courtroom 10, 19th Floor

18 | DOES 1 through 25,
| Hon. Susan Illston

19 | Defendants.

20 |

21 | Plaintiff and Defendants KEVIN NESBITT ("Nesbitt") and NESZHAO CONSULTING

22 | COMPANY, LLC, ("Neszhao") stipulate as follows and respectfully request that the court enter the

23 | proposed order set forth below pursuant to Civil Local Rule 6-2.

24 | WHEREAS, on March 7, 2012, Nesbitt and Neszhao filed their amended motion to dismiss,

25 | WHEREAS, there have been no previous time modifications on this motion,

26 | WHEREAS, the time modification requested herein would not otherwise effect the schedule

27 | for this case, and

28 | WHEREAS, Plaintiff reasonably requires additional time to prepare its opposition to

1 | Nesbitt's and Neszhao's motion,

2 |      NOW, THEREFORE, Plaintiff, Nesbitt, and Neszhao hereby STIPULATE and agree that

3 | Plaintiff's time to oppose Nesbitt's and Neszhao's motion to dismiss Plaintiff's complaint shall be

4 | extended up to and including March 30, 2012.

5 |      IT IS SO STIPULATED.

6 | DATED: March _20_, 2012            WOLFE & WYMAN LLP

7

8 |                                       By: _____

                                           STUART B. WOLFE

9 |                                          MARCUS T. BROWN

                                         Attorneys for Plaintiff

10 |                                          **SELECT PORTFOLIO SERVICING, INC., a Utah corporation**

11

12 | DATED: March _22_, 2012          LAW OFFICES OF RICHARD S.E. JOHNS, ORM & GRABSTEIN

13

14

15 |                                          By: _____

                                           RICHARD S.E. JOHNS

16 |                                          Attorneys for Defendants

                                         **NESZHAO CONSULTING CO. and KEVIN NESBITT**

17

18 |                          **DECLARATION OF MARCUS T. BROWN**

19 | I, Marcus T. Brown, hereby declare as follows in support of the foregoing stipulated request:

20 | 1.      I am a competent adult. The following is based upon my personal knowledge, and if called to

21 | testify, I could and would competently testify thereto.

22 | 2.      I am an attorney of record for Plaintiff.

23 | 3.      Plaintiff's opposition to the motion to dismiss filed by Nesbitt and Neszhao is currently due

24 | on March 21, 2012.

25 | 4.      Plaintiff and I require additional time to adequately prepare the opposition to Nesbitt's and

26 | Neszhao's motion to dismiss and are, therefore, requesting an additional nine days.

27 | 5.      There have been no other time modifications in this case, except that some dates were

28 | changed due to the judicial reassignments and related recusal.

6.     To the best of my knowledge, the requested time modification would have no effect on the schedule for this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 21st day of March 2012 at Walnut Creek, California.

_____
MARCUS T. BROWN

## [PROPOSED] ORDER

Based on the foregoing stipulation and good cause appearing, the court ORDERS that Plaintiff's time to oppose the motion by Defendants Kevin Nesbitt and Neszhao Consulting Company, LLC, to dismiss Plaintiff's complaint shall be extended up to and including March 30, 2012.

IT IS SO ORDERED.

Dated: __3/22_____, 2012.

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE