Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Plaintiff
SELECT PORTFOLIO SERVICING, INC.,
a Utah corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SELECT PORTFOLIO SERVICING, INC., a Utah corporation, <br><br> Plaintiff, <br><br> v. <br><br> ABRAHAM VALENTINO, an individual; JOHN CHU, an individual; CORPORATE COUNSEL LAW GROUP LLP, a California limited liability partnership; NESZHAO CONSULTING COMPANY, LLC, a California limited liability company; KEVIN NESBITT, an individual; and DOES 1 through 25, <br><br> Defendants. | Case No.: 3:12-cv-00334 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO OPPOSE MOTION BY DEFENDANTS KEVIN NESBITT AND NESZHAO CONSULTING COMPANY, LLC, TO DISMISS THE COMPLAINT; DECLARATION OF MARCUS T. BROWN <br><br> Date: April 20, 2012 <br> Time: 9:00 a.m. <br> Place: Courtroom 10, 19th Floor <br><br> Hon. Susan Illston |

    Plaintiff and Defendants KEVIN NESBITT ("Nesbitt") and NESZHAO CONSULTING COMPANY, LLC, ("Neszhao") stipulate as follows and respectfully request that the court enter the proposed order set forth below pursuant to Civil Local Rule 6-2.

    WHEREAS, on March 7, 2012, Nesbitt and Neszhao filed their amended motion to dismiss,

    WHEREAS, there have been no previous time modifications on this motion,

    WHEREAS, the time modification requested herein would not otherwise effect the schedule for this case, and

    WHEREAS, Plaintiff reasonably requires additional time to prepare its opposition to

Nesbitt's and Neszhao's motion,

NOW, THEREFORE, Plaintiff, Nesbitt, and Neszhao hereby STIPULATE and agree that Plaintiff's time to oppose Nesbitt's and Neszhao's motion to dismiss Plaintiff's complaint shall be extended up to and including March 30, 2012.

IT IS SO STIPULATED.

DATED: March 20, 2012

WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
MARCUS T. BROWN
Attorneys for Plaintiff
**SELECT PORTFOLIO SERVICING, INC.**, a Utah corporation

DATED: March __, 2012

LAW OFFICES OF RICHARD S.E. JOHNS, ORM & GRABSTEIN

By: _____
RICHARD S.E. JOHNS
Attorneys for Defendants
**NESZHAO CONSULTING CO. and KEVIN NESBITT**

## DECLARATION OF MARCUS T. BROWN

I, Marcus T. Brown, hereby declare as follows in support of the foregoing stipulated request:

1. I am a competent adult. The following is based upon my personal knowledge, and if called to testify, I could and would competently testify thereto.

2. I am an attorney of record for Plaintiff.

3. Plaintiff's opposition to the motion to dismiss filed by Nesbitt and Neszhao is currently due on March 21, 2012.

4. Plaintiff and I require additional time to adequately prepare the opposition to Nesbitt's and Neszhao's motion to dismiss and are, therefore, requesting an additional nine days.

5. There have been no other time modifications in this case, except that some dates were changed due to the judicial reassignments and related recusal.

6. To the best of my knowledge, the requested time modification would have no effect on the schedule for this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 21st day of March 2012 at Walnut Creek, California.

_____
MARCUS T. BROWN

### [PROPOSED] ORDER

Based on the foregoing stipulation and good cause appearing, the court ORDERS that Plaintiff's time to oppose the motion by Defendants Kevin Nesbitt and Neszhao Consulting Company, LLC, to dismiss Plaintiff's complaint shall be extended up to and including March 30, 2012.

IT IS SO ORDERED.

Dated: 3/22, 2012.

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE