1  Stuart B. Wolfe (Bar No. 156471)
   sbwolfe@wolfewyman.com
2  Marcus T. Brown (Bar No. 255662)
   mtbrown@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   telephone (925) 280-0004
5  facsimile (925) 280-0005

6  Attorneys for Plaintiff
   SELECT PORTFOLIO SERVICING, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SELECT PORTFOLIO SERVICING,        | Case No. CV12-0334 SI
   | INC., a Utah corporation,          |
12 |                                    | SUBSTITUTION OF ATTORNEY AND
   |                Plaintiff,          | ORDER
13 |                                    |
   | v.                                 |
14 |                                    |
   | ABRAHAM VALENTINO, an individual;  |
15 | JOHN CHU, an individual; CORPORATE |
   | COUNSEL LAW GROUP LLP, a           |
16 | California limited liability partnership; |
   | NESZHAO CONSULTING COMPANY,        |
17 | LLC, a California limited liability |
   | company; KEVIN NESBITT, an         |
18 | individual; and DOES 1 through 25, |
19 |                Defendants.         |
20

21     Plaintiff Select Portfolio Servicing, Inc. hereby substitutes in Robert A. Bleicher, State

22 Bar No. 111334, Carr, McClellan, Ingersoll, Thompson & Horn, Professional Law Corporation,

23 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513; telephone (650) 342-9600,

24 facsimile (650) 342-7685 as its counsel in the above-referenced matter.

25     Robert A. Bleicher is substituted as attorney of record in place and instead of present

26 counsel, Wolfe & Wyman LLP, 2175 N. California Blvd., Suite 645, Walnut Creek, California

27 94596-3502; telephone (925) 280-0004, facsimile (925) 280-0005.

28     Wolfe & Wyman LLP consents to the above substitution.

29200-00001\iManage\4249648.1                                              CV12-0334LB

| | | |
|---|---|---|
| 1 | Dated: March __, 2012 | WOLFE & WYMAN LLP |
| 2 | | By: _____ |
| 3 | | Marcus T. Brown<br>Attorneys for Plaintiff |
| 4 | | Select Portfolio Servicing, Inc. |
| 5 | I consent to the above substitution. | |
| 6 | Dated: March 28, 2012 | CARR, McCLELLAN, INGERSOLL, |
| 7 | | THOMPSON & HORN<br>Professional Law Corporation |
| 8 | | By: _____<br>Robert A. Bleicher |
| 9 | | |
| 10 | I consent to the substitution: | |
| 11 | Dated: March 27, 2012 | SELECT PORTFOLIO SERVICING, INC. |
| 12 | | By: _____ |
| 13 | | Bryan L. Norton |
| 14 | | |
| 15 | IT IS SO ORDERED: | |
| 16 | Dated: 3/28, 2012 | _____ |
| | | United States District Court Judge |