1  Stuart B. Wolfe (Bar No. 156471)
   sbwolfe@wolfewyman.com
2  Marcus T. Brown (Bar No. 255662)
   mtbrown@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   telephone (925) 280-0004
5  facsimile (925) 280-0005

6  Attorneys for Plaintiff
   SELECT PORTFOLIO SERVICING, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SELECT PORTFOLIO SERVICING, | Case No. CV12-0334 SI
   | INC., a Utah corporation,
12 |                              | SUBSTITUTION OF ATTORNEY AND
   |         Plaintiff,           | ORDER
13 |
   | v.
14 |
   | ABRAHAM VALENTINO, an individual;
15 | JOHN CHU, an individual; CORPORATE
   | COUNSEL LAW GROUP LLP, a
16 | California limited liability partnership;
   | NESZHAO CONSULTING COMPANY,
17 | LLC, a California limited liability
   | company; KEVIN NESBITT, an
18 | individual; and DOES 1 through 25,
19 |         Defendants.

20

21     Plaintiff Select Portfolio Servicing, Inc. hereby substitutes in Robert A. Bleicher, State

22 Bar No. 111334, Carr, McClellan, Ingersoll, Thompson & Horn, Professional Law Corporation,

23 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513; telephone (650) 342-9600,

24 facsimile (650) 342-7685 as its counsel in the above-referenced matter.

25     Robert A. Bleicher is substituted as attorney of record in place and instead of present

26 counsel, Wolfe & Wyman LLP, 2175 N. California Blvd., Suite 645, Walnut Creek, California

27 94596-3502; telephone (925) 280-0004, facsimile (925) 280-0005.

28     Wolfe & Wyman LLP consents to the above substitution.

1 | Dated: March __, 2012

WOLFE & WYMAN LLP

2 | By: _____
Marcus T. Brown
3 | Attorneys for Plaintiff
Select Portfolio Servicing, Inc.

4

I consent to the above substitution.

5

6 | Dated: March 28, 2012

CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN
7 | Professional Law Corporation

8 | By: _____
Robert A. Bleicher

9

10 | I consent to the substitution:

11

Dated: March 27, 2012
12

SELECT PORTFOLIO SERVICING, INC.

By: _____
13 | Bryan L. Norton

14

15 | IT IS SO ORDERED:

16 | Dated: __3/28__, 2012

_____
United States District Court Judge