Robert A. Bleicher (Bar No. 111334)
rbleicher@carr-mcclellan.com
Scott E. Atkinson (Bar No. 251996)
satkinson@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:  (650) 342-9600
Facsimile:  (650) 342-7685

Attorneys for Plaintiffs
Select Portfolio Servicing, Inc. and
U.S. Bank National Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELECT PORTFOLIO SERVICING, INC., a Utah corporation; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABRAHAM VALENTINO, an individual; et al.,<br><br>Defendants. | Case No. CV12-0334SI<br><br>**STIPULATED JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L. R. 16-2(d) the parties, by and through their attorneys of record, request a short continuance of the initial case management conference currently scheduled for June 18, 2012.

The parties believe it will promote the efficient handling of this matter and expedite the case management process by continuing the currently scheduled case management conference until the Court has ruled on the pending motions to dismiss filed by defendants. Those motions are scheduled to be heard on June 22, 2012.

The parties therefore request that the initial case management conference be continued to a date in July, 2012.

| | |
|---|---|
| Dated: June ___, 2012 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN<br>Professional Law Corporation<br><br>By: /s/ Robert A. Bleicher<br>    Robert A. Bleicher<br>    Scott E. Atkinson<br>    Attorneys for Plaintiffs<br>    Select Portfolio Servicing, Inc. and<br>    U.S. Bank National Association, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006OA1 |
| Dated: June 8, 2012 | MURPHY, PEARSON, BRADLEY & FEENEY<br><br>By: /s/ John P. [signature]<br>    James A. Murphy<br>    John P. Girarde<br>    Arthur J. Harris<br>    Attorneys for Defendants<br>    John Chu, and Corporate Law Counsel Group, LLP |
| Dated: June ___, 2012 | LAW OFFICES OF MICHAEL G. W. LEE<br><br>By: _____<br>    Michael George Wah Lee<br>    Attorneys for Defendant<br>    Abraham Valentino |
| Dated: June ___, 2012 | LAW OFFICES OF RICHARD S. E. JOHNS<br><br>By: _____<br>    Richard S.E. Johns, Esq.<br>    Attorneys for Defendants<br>    Neszhao Consulting Company, LLC, and<br>    Kevin Nesbitt |

///
///

| | |
|---|---|
| Dated: June ____, 2012 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN<br>Professional Law Corporation<br><br>By: /s/ Robert A. Bleicher<br>    Robert A. Bleicher<br>    Scott E. Atkinson<br>    Attorneys for Plaintiffs<br>    Select Portfolio Servicing, Inc. and<br>    U.S. Bank National Association, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006OA1 |
| Dated: June ____, 2012 | MURPHY, PEARSON, BRADLEY & FEENEY<br><br>By:_____<br>    James A. Murphy<br>    John P. Girarde<br>    Arthur J. Harris<br>    Attorneys for Defendants<br>    John Chu, and Corporate Law Counsel Group, LLP |
| Dated: June 8, 2012 | LAW OFFICES OF MICHAEL G. W. LEE<br><br>By: /s/ Michael George Wah Lee<br>    Michael George Wah Lee<br>    Attorneys for Defendant<br>    Abraham Valentino |
| Dated: June ____, 2012 | LAW OFFICES OF RICHARD S. E. JOHNS<br><br>By:_____<br>    Richard S.E. Johns, Esq.<br>    Attorneys for Defendants<br>    Neszhao Consulting Company, LLC, and<br>    Kevin Nesbitt |

///

///

| | | |
|---|---|---|
| 1 | Dated: June ___, 2012 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
| 2 | | Professional Law Corporation |

By: /s/ Robert A. Bleicher
    Robert A. Bleicher
    Scott E. Atkinson
    Attorneys for Plaintiffs
    Select Portfolio Servicing, Inc. and
    U.S. Bank National Association, as successor trustee to Bank of America N.A. (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006OA1

Dated: June ___, 2012    MURPHY, PEARSON, BRADLEY & FEENEY

By:_____
    James A. Murphy
    John P. Girarde
    Arthur J. Harris
    Attorneys for Defendants
    John Chu, and Corporate Law Counsel Group, LLP

Dated: June ___, 2012    LAW OFFICES OF MICHAEL G. W. LEE

By:_____
    Michael George Wah Lee
    Attorneys for Defendant
    Abraham Valentino

Dated: June 8, 2012    LAW OFFICES OF RICHARD S. E. JOHNS

By: /s/ Richard S.E. Johns
    Richard S.E. Johns, Esq.
    Attorneys for Defendants
    Neszhao Consulting Company, LLC, and
    Kevin Nesbitt

///

///

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION IT IS SO ORDERED. |
| 2 | The Initial Case Management Conference is rescheduled for July __20__, 2012 at __2:30__ p.m. |
| 3 | |
| 4 | Dated: June __11__, 2012 |
| | _____ |
| 5 | UNITED STATES DISTRICT JUDGE |

# CERTIFICATE OF SERVICE

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below, I served the attached:

**STIPULATED JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on the parties in the within action as stated on the ATTACHED SERVICE LIST:

[x] By email or electronic transmission (USDC ECF). Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the document(s) to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 8, 2012.

/s/ Darsy Paniagua

**SERVICE LIST**
<u>Select Portfolio Servicing, Inc. v. Abraham Valentino, et al.</u>
U.S.D.C., N.D. Case No. 3:12-cv-00334 SI
W&W File No. 1442-041
[Revised: 03/09/12]

| | |
|---|---|
| James A. Murphy, Esq.<br>John P. Girarde, Esq.<br>Arthur J. Harris, Esq.<br>MURPHY PEARSON BRADLEY & FEENEY<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530 | **Attorneys for Defendants**<br>**JOHN CHU and CORPORATE COUNSEL LAW GROUP, LLP**<br>Tel: (415) 788-1900<br>Fax: (415) 393-8087<br>Email: *jmurphy@mpbf.com*<br>*jgirarde@mpbf.com*<br>*aharris@mpbf.com* |
| Michael Lee, Esq.<br>LAW OFFICES OF MICHAEL G.W. LEE<br>Union Square<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108-4903 | **Attorneys for Defendant**<br>**ABRAHAM VALENTINO**<br>Tel: (415) 788-9000<br>Fax: (415) 398-3887<br>Email: *mgwlaw@aol.com* |
| Richard S.E. Johns, Esq.<br>LAW OFFICE OF RICHARD S.E. JOHNS<br>57 Post Street, Suite 604<br>San Francisco, CA 94104 | **Attorneys for Defendants**<br>**KEVIN NESBITT and**<br>**NESZHAO CONSULTING CO., LLC**<br>Tel: (415) 781-8494<br>Email: *rsejohns@yahoo.com* |
| Richard M. Grabstein, Esq.  *(By U.S. Mail)*<br>ORM & GRABSTEIN<br>685 Market Street, Suite 370<br>San Francisco, CA 94105 | **Co-Counsel for Defendants**<br>**KEVIN NESBITT and**<br>**NESZHAO CONSULTING CO., LLC**<br>Tel: (415) 495-5500<br>Fax: (415) 495-3202 |