1  ANDREW M. ZACKS (SBN 147794)
   SCOTT A. FREEDMAN (SBN 240872)
2  ZACKS & FREEDMAN, P.C.
   235 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone: (415) 956-8100
4
   Attorneys for Defendant
5  Kevin Nesbitt

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELECT PORTFOLIO SERVICING, INC., a Utah corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABRAHAM VALENTINO, an individual; JOHN CHU, an individual; CORPORATE COULSEL LAW GROUP LLP, a California limited liability partnership; NESZHAO CONSULTING COMPANY, LLC, a California limited liability company; KEVIN NESBITT, an individual; and DOES 1 through 25,<br><br>Defendants. | Case No. CV12-0334 SI<br><br>SUBSTITUTION OF ATTORNEY AND ORDER |

Defendant Kevin Nesbitt hereby substitutes in Scott A. Freedman, State Bar No. 240872, Zacks & Freedman, P.C., 235 Montgomery Street, Suite 400, San Francisco, California 94104; telephone (415) 956-8100, facsimile (415) 288-9755 as its counsel in the above-referenced matter.

Scott A. Freedman is substituted as attorney of record in place and instead of present counsel, Richard S.E. Johns, Law Offices of Richard S.E. Johns, 57 Post Street, Suite 604, San Francisco, California 94104; telephone (415) 781-8494; facsimile (415) 397-0792.

Law Offices of Richard S.E. Johns consents to the above substitution.

- 1 -

| | |
|---|---|
| Dated: January 7, 2013 | ZACKS & FREEDMAN, P.C.<br><br>By: _____<br>Scott A. Freedman<br>Attorney for Defendant<br>Kevin Nesbitt |
| I consent to the above substitution:<br><br>Dated: January 7, 2013 | LAW OFFICES OF RICHARD S.E. JOHNS<br><br>By: _____<br>Richard S.E. Johns |
| I consent to the above substitution:<br><br>Dated: January 9, 2013 | By: _____<br>Kevin Nesbitt |

IT IS SO ORDERED:

Dated: January _____, 2013

_____
United States District Court Judge

| | |
|---|---|
| Dated: January _____, 2013 | ZACKS & FREEDMAN, P.C.<br><br>By: _____<br>Scott A. Freedman<br>Attorney for Defendant<br>Kevin Nesbitt |

I consent to the above substitution:

| | |
|---|---|
| Dated: January _____, 2013 | LAW OFFICES OF RICHARD S.E. JOHNS<br><br>By: _____<br>Richard S.E. Johns |

I consent to the above substitution:

| | |
|---|---|
| Dated: January 4, 2013 | By: /s/ Kevin Nesbitt<br>Kevin Nesbitt |

IT IS SO ORDERED:

| | |
|---|---|
| Dated: January _____, 2013 | _____<br>United States District Court Judge |